UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.D. ERIC R. BRAVERMAN,<br><br>Plaintiff,<br><br>-v-<br><br>STATE OF NEW YORK et al.,<br><br>Defendants. | 26-CV-9206 (JMF)<br><br><u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

On October 20, 2026, Plaintiff, who is proceeding without counsel, commenced this action under Title II of the Americans with Disabilities Act. *See* ECF No. 1 ("Complaint"), ¶ 1. The Complaint asserts that, in addition to compensatory damages, Plaintiff requests compensatory damages and "prospective relief requiring effective communication," with "the immediate prospective need" being an "October 30, 2026, 10:30 a.m. Appearance in New York County Family Court." *Id.* Further, the Complaint frames this action as an "emergency motion," *id.* at 12, and Exhibit A states that "Plaintiff seeks a temporary, enforceable arrangement enabling him to hear, understand, and respond at the October 30, 2026 Family Court appearance," ECF No. 1-1, at 5. Defendants shall file a response to Plaintiff's request for "emergency" relief, in the form of a letter brief not to exceed four pages, no later than **October 28, 2026, at 5:00 p.m.**

Plaintiff's motion to participate in electronic case filing, *see* ECF No. 4, is GRANTED. In the meantime, the Clerk of Court is directed to mail a copy of this order to Plaintiff, and to terminate ECF Nos. 4 and 5 (the latter of which appears to be moot in light of the granting of ECF No. 4). Additionally, to ensure that Defendants get prompt notice of this Order, the Clerk of Court and the Court's Chief Counsel for Pro Se Litigation are directed to immediately email a copy of this Order to MAO.Mailbox@ag.ny.gov.

SO ORDERED.

Dated: October 26, 2026
New York, New York

JESSE M. FURMAN
United States District Judge